UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22049
    ALAN V COOLEY
    BARBARA K COOLEY                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-8011     SSN XXX-XX-4399

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 06/09/04 and confirmed on 08/24/04.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  27315.00 .

    4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 2295.00 | 156.38 | 2295.00 |
| HSBC AUTO FINANCE | SECURED | .00 | .00 | .00 |
| NATIONWIDE CASSEL LP | SECURED | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED | 2960.00 | 201.69 | 2960.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 13296.56 | .00 | 13296.56 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4862.87 | .00 | 972.57 |
| ANTHONY PROSKE MD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | 462.91 | .00 | 92.58 |
| CENTER FOR FOOT & ANKLE | UNSECURED | NOT FILED | .00 | .00 |
| CHANNAHON ANIMAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 100.00 | .00 | 20.00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 6524.46 | .00 | 1304.89 |
| DIGESTIVE HEALTH SRVS | UNSECURED | NOT FILED | .00 | .00 |
| EPIC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PRO COM SERVICES CORP | UNSECURED | NOT FILED | .00 | .00 |
| GEORGE DEPHILLIPS MD | UNSECURED | NOT FILED | .00 | .00 |
| GOVERNORS STATE UNIVERSI | UNSECURED | 323.00 | .00 | 64.60 |
| GREGORY KISLING MD | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK WESTCHESTER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| HIDDEN LAKES DENTAL CARE | UNSECURED | 130.60 | .00 | 26.12 |
| JOLIET OPEN MRI | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES INC | UNSECURED | 210.00 | .00 | 42.00 |
| KANKAKEE FEDERAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| KURTZ AMBULANCE SRV | UNSECURED | NOT FILED | .00 | .00 |
| MAZON STATE BANK | UNSECURED | NOT FILED | .00 | .00 |

```
MORRIS HOSPITAL              UNSECURED      NOT FILED              .00            .00
MORRIS MEDICAL SPECIALIS     UNSECURED      NOT FILED              .00            .00
MORRIS RADIOLOGY ASSOC       UNSECURED      NOT FILED              .00            .00
PROVENA ST JOSEPH MEDICA     UNSECURED      NOT FILED              .00            .00
RESURGENT CAPITAL SERVIC     UNSECURED        545.23               .00         109.05
REZIN ORTHOPEDIC CENTERS     UNSECURED      NOT FILED              .00            .00
SBC BANKRUPTCY DESK          UNSECURED        234.35               .00          46.87
UNIVERSITY OF ST FRANCIS     UNSECURED      NOT FILED              .00            .00
WESTERN CABLE                UNSECURED      NOT FILED              .00            .00
LARRY D SERENE               UNSECURED       1083.61               .00         216.72
ASSOC ANESTHESIOLOGISTS      UNSECURED        508.96               .00         101.79
CAB SERVICES INC             UNSECURED         17.00               .00           3.40
CAB SERVICES INC             UNSECURED         64.00               .00          12.80
ROUNDUP FUNDING LLC          UNSECURED       8316.31               .00        1663.26
TRIAD FINANCIAL CORP         UNSECURED        268.77               .00          53.75
HSBC AUTO FINANCE            UNSECURED        794.72               .00         158.94
```

Summary of disbursements:

------------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5255.00 | 13296.56 | 24446.79 | .00 | 42998.35 |
| PRINCIPAL PAID | 5255.00 | 13296.56 | 4889.34 | .00 | 23440.90 |
| INTEREST PAID | 358.07 | .00 | .00 | .00 | 358.07 |
| TOTAL PAID | 5613.07 | 13296.56 | 4889.34 | .00 | 23798.97 |

The Debtor's attorney, LEGAL HELPERS PC                , was allowed $  2700.00
and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $   1213.74 .

Refunds to the Debtor totaled $      2.29 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 06/23/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                          PAGE  3
  CASE NO. 04 B 22049 ALAN V COOLEY & BARBARA K COOLEY
```